

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>MARIA LAVENTURE; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 19-00950<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MARIA LAVENTURE the above process on the 2 day of May, 2019, at 8:15 o'clock, P M, at 268 Red Cedar Ln Marietta, PA 17547 9410, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>41-45</u>  Height <u>5'3</u>  Weight <u>200</u>  Race <u>HISPANIC</u>  Sex <u>FEMALE</u>  Hair <u>BLACK</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of <u>Pa</u>          ) SS:
County of <u>Berks</u>                        )

Before me, the undersigned notary public, this day, personally, appeared <u>Denise Hinkle</u> to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)
File Number:USA-188592
Case ID #:5507144

Subscribed and sworn to before me
this <u>3</u> day of <u>May</u>, 20<u>19</u>.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021