# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>MARIA LAVENTURE; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 19-950<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: HEARING ORDER**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MARIA LAVENTURE the above process on the 12 day of June, 2019, at 6:53 o'clock, PM, at 268 Red Cedar Ln Marietta, PA 17547 9410, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☒ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: SHAYLA PEREZ
Relationship/Title/Position: DAUGHTER
Remarks: _____
Description: Approximate Age 21-25  Height 5'2"  Weight 145  Race HISPANIC  Sex FEMALE  Hair BLACK
Military Status: ☒ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-188592
Case ID #: 5543430

Subscribed and sworn to before me
this __17__ day of __June__, 20__19__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021