UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>MARIA LAVENTURE a/k/a MARIA C. LAVENTURE<br><br>Defendant(s) | CIVIL NO. 19-00950 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2(c)(2)**

  Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(X)  Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )  Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )  Certified mail by Sheriff's Office.
( )  Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )  Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )  Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )  Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )  Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )  Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                   Respectfully submitted,

                   BY: Rebecca A. Solarz, Esq.
                   Attorney for Plaintiff



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

MARIA LAVENTURE A/K/A MARIA C. LAVENTURE; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 19-00950

Sheriff's Sale Date: 10/30/2019

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MARIA LAVENTURE A/K/A MARIA C. LAVENTURE the above process on the 22 day of July, 2019, at 4:20 o'clock, PM, at 268 Red Cedar Ln Marietta, PA 17547 9410 , County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 46-50   Height 5'3   Weight 195   Race HISPANIC   Sex FEMALE   Hair BLACK
Military Status: ☑ No  ☐ Yes   Branch: _____

Commonwealth/State of .. Pa                     ) SS:
County of        Berks                           )

Before me, the undersigned notary public, this day, personally, appeared _____ Denise Hinkle _____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-188592
Case ID #:5577680

Subscribed and sworn to before me
this 24 day of July, 20 19

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | LAVENTURE, MARIA<br>12 North Queen Street<br>Maytown, PA 17550 | Accubanc Mortgage Corporation<br>12377 Merit Drive, #600<br>PO Box 809089<br>Dallas, TX 75251 | | | | | | | | | | |
| 2. | | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17105-8029 | | | | | | | | | | |
| 3. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Health & Welfare<br>Building<br>PO Box 8018<br>Harrisburg, PA 17105 | Philadelphia Redevelopment Authority<br>202 North Prince Street<br>Suite 400<br>Lancaster, PA 17603-3528 | | | | | | | | | | |
| 4. | | TENANTS / OCCUPANTS<br>12 North Queen Street<br>Maytown, PA 17550 | Secretary of Housing and Urban Development<br>The Wanamaker Building<br>100 Penn Square East<br>Philadelphia, PA 17107-3380 | | | | | | | | | | |
| 5. | | LAVENTURE, MARIA<br>268 Red Cedar Ln<br>Marietta, PA 17547 | Maria Laventure<br>P.O. Box 432<br>Maytown, PA 17550 | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 10
Total Number of Pieces Received at Post Office: 
Postmaster, Per (Name of receiving employee): NDS - KIM Brumble

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-188592   Lancaster County   Sale Date: 10/30/2019

MARIA LAVENTURE a/k/a MARIA C. LAVENTURE

(Postage meter: $003.90, ZIP 19106, JUL 18 2019, 0001403708)
(Postmark: JUL 18 2019, PHILA PA 19106 CONTINENTAL STATION)

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123<br><br>Sequence Number<br>8549-1 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5<br><br>Class of Mail<br>Mixed | | | |
|---|---|---|---|---|---|---|---|
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703997554012<br>9171999991703997554012 | LAVENTURE, MARIA<br>12 North Queen Street<br>Maytown, PA 17550 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997554036<br>9171999991703997554036 | LAVENTURE, MARIA<br>268 Red Cedar Ln<br>Marietta, PA 17547 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997554067<br>9171999991703997554067 | Maria Laventure<br>P.O. Box 432<br>Maytown, PA 17550 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals | 3 | | 2.11 | 14.55 | | | 16.67 |
| Cumulative Totals | 3 | | 2.11 | 14.55 | | | 16.67 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C       Certified
                                 ERR     Return Receipt



http://pbpc02/sendsuite%20live/projects/image.aspx?pd=1                                    7/18/2019

Print Your Documents                                                                                        Page 1 of 1

Kim B

## USPS Manifest Mailing System                                                                    Page   1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123<br>Sequence Number<br>8549-1 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5<br>Class of Mail<br>Mixed | | | |
|---|---|---|---|---|---|---|---|
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703997554012<br>9171999991703997554012 | LAVENTURE, MARIA<br>12 North Queen Street<br>Maytown, PA 17550 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997554036<br>9171999991703997554036 | LAVENTURE, MARIA<br>268 Red Cedar Ln<br>Marietta, PA 17547 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997554067<br>9171999991703997554067 | Maria Laventure<br>P.O. Box 432<br>Maytown, PA 17550 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 3<br>3 | | 2.11<br>2.11 | 14.55<br>14.55 | | | 16.67<br>16.67 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

Round Stamp_____

_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C        Certified
ERR    Return Receipt



http://pbpc02/sendsuite%20live/projects/image.aspx?pd=1                                                    7/18/2019

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                            Plaintiff<br><br>vs.<br><br>MARIA LAVENTURE a/k/a MARIA C. LAVENTURE<br><br>                            Defendant(s) | CIVIL NO. 19-00950 |

## AFFIDAVIT PURSUANT TO RULE 3129.1

      The United States of America, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

                12 North Queen Street
                Maytown, PA 17550

1. Name and address of Owner(s) or Reputed Owner(s):

                MARIA LAVENTURE a/k/a MARIA C. LAVENTURE
                12 North Queen Street
                Maytown, PA 17550

                Maria Laventure
                268 Red Cedar Ln
                Marietta, PA 17547

                Maria Laventure
                P.O. Box 432
                Maytown, PA 17550

2. Name and address of Defendant(s) in the judgment:

                MARIA LAVENTURE a/k/a MARIA C. LAVENTURE
                12 North Queen Street
                Maytown, PA 17550

                Maria Laventure
                268 Red Cedar Ln
                Marietta, PA 17547

                Maria Laventure
                P.O. Box 432
                Maytown, PA 17550

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

>DOMESTIC RELATIONS OF LANCASTER COUNTY
>40 East King Street
>PO Box 83479
>Lancaster, PA 17608
>
>PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building
>PO Box 8018
>Harrisburg, PA 17105

4. Name and address of the last recorded holder of every mortgage of record:

>Accubanc Mortgage Corporation
>12377 Merit Drive, #600
>PO Box 809089
>Dallas, TX 75251
>
>Pennsylvania Housing Finance Agency
>211 North Front Street
>Harrisburg, PA 17105-8029
>
>Philadelphia Redevelopment Authority
>202 North Prince Street
>Suite 400
>Lancaster, PA 17603-3528
>
>Secretary of Housing and Urban Development
>The Wanamaker Building
>100 Penn Square East
>Philadelphia, PA 17107-3380

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

>TENANTS / OCCUPANTS
>12 North Queen Street
>Maytown, PA 17550

   I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: August 7, 2019

>KML Law Group, P.C.
>BY: Rebecca A. Solarz, Esq.
>Attorney for Plaintiff