U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-00950 |
| DEFENDANT | TYPE OF PROCESS |
| Maria Laventure a/k/a Maria C. Laventure | US Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Maria Laventure a/k/a Maria C. Laventure
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
12 North Queen Street, Maytown, PA 17550

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED
NOV - 1 2019
KATE BARKMAN, Clerk
By_____ Dep Clerk

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | Joseph Goh | 10/30/19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☒ am ☐ pm |
|---|---|---|
| 10/30/2019 | 11:15 | |

Signature of U.S. Marshal or Deputy
Ruiz - MILLER    1318M

60 miles · $.58/mi = $34.80

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | $34.80 | | $34.80 | | $34.80    $0.00 |

REMARKS:
US Marshals Sale of premises known as 12 North Queen Street, Maytown, PA 17550. Sale was held at the Lancaster County Courthouse, 50 N. Duke Street, Lancaster, PA 17602.    1 DUSM, 3 HRS, 60 MILES R/T

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 19-00950

I, ROB MILLER, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 12 NORTH QUEEN STREET, MAYTOWN, PA 17550

The public sale was held on OCTOBER 30, 2019

and the highest bidder was CASH NOW, LLC.

who bid the amount of $ 70,000.00

ROB MILLER
**Deputy U.S. Marshal**
**United States Marshals Service**
**Eastern District of Pennsylvania**
**2110 U.S. Courthouse**
**601 Market Street**
**Philadelphia, PA 19106**
**(215) 597-7273**

CASHIER'S CHECK RCVD. IN THE AMOUNT OF $8,000.00.

PEOPLE'S BANK CHECK NO: 207248

HIGHEST BIDDER.



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia PA 19106

### BIDDER'S REGISTRATION FORM

**NAME:** Cash Now LLC

**ADDRESS:** 63 Mt Zion Rd
York PA 17406

**PHONE (DAY):** 717-577-5235

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Cash Now LLC

The above is precisely how the name(s) are to appear in the deed

SECOND HIGHEST BIDDER - $00,000
NOTIFY: YES



**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Denise Claar

ADDRESS: 718 Buckwood Ln.

Lititz, PA 17543

PHONE (DAY): 717-413-3882

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Denise M. Claar

The above is precisely how the name(s) are to appear in the deed.

THIRD BIDDER.



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** Mervin S. Garman

**ADDRESS:** 118 Jeanel Circle

Lititz, Pa. 17543

**PHONE (DAY):** (717) 314-6187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

The above is precisely how the name(s) are to appear in the deed.



**U.S. Department of Justice**

**United States Marshals Service**

**Eastern District of Pennsylvania**

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** Ben Siegrist

**ADDRESS:** 1270 Oregon Pk

Lancaster PA 17601

**PHONE (DAY):** 717 268-9700  ATTN - Josh Mellinger

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Inv. Group L.P

The above is precisely how the name(s) are to appear in the deed.



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:** John Gainer

**ADDRESS:** 2938 Columbia Ave. Suite 1202

Lancaster, PA 17602

**PHONE (DAY):** 717-471-9077

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

2 G Holdings LLC

The above is precisely how the name(s) are to appear in the deed.