## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff<br><br>v.<br><br>MARIA LAVENTURE a/k/a MARIA C.<br>LAVENTURE<br>　　　　Defendant(s) | Civil Action No: 19-00950 |

### ORDER

AND NOW, this 3rd day of Dec, 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on October 30, 2019 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Cash Now LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of MARIA LAVENTURE a/k/a MARIA C. LAVENTURE in and to the premises sold located at 12 North Queen Street, Maytown, PA 17550.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.



　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.